

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00077-CV

**IN RE Jessica DELGADO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: February 10, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 1, 2010, relator Jessica Delgado filed a petition for writ of mandamus and a motion for further relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for further relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-12611, styled *In the Interest of D.A., A Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding. However, the challenged order was signed by the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas.